IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAYFAIR PRESTIGE CARS (UK) )
LIMITED )
) No. 3-12-1159
v. )
)
BRENDAN CHURCH, individually )
and doing business as US Export Auto )

O R D E R

The parties' joint motion to reschedule initial case management conference (Docket Entry No. 7) is GRANTED.

The initial case management conference is RESCHEDULED from December 27, 2012, to **Thursday, January 24, 2013, at 12:00 noon,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge