IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAYFAIR PRESTIGE CARS (UK) )
LIMITED )
) No. 3-12-1159
v. )
)
BRENDAN CHURCH, individually )
and doing business as US Export Auto )

O R D E R

Counsel for the parties appeared for the scheduled initial case management conference on January 24, 2013, at which time, after much discussion, it became clear to the Court and counsel for the parties that an early resolution of this case would be in the parties' best interests.

As a result, the parties agreed to participate in private mediation as soon as practical.[1]

By February 1, 2013, the parties shall file a joint status report, indicating when mediation is scheduled, with whom, and at what time it is expected to conclude.

If the parties are not able to resolve the case during the mediation, counsel for the parties shall appear for a case management conference to address the progression of the case and entry of a case management order. The defendant's deposition shall be taken after the case management conference.

The case management conference will be scheduled by further order entered after review of the parties' joint status report.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Defendant's counsel agreed that a representative(s) of the plaintiff in England could participate by remote means, such as telephone or Skype.