IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAYFAIR PRESTIGE CARS (UK) )
LIMITED )
) No. 3-12-1159
v. )
)
BRENDAN CHURCH, individually )
and doing business as US Export Auto )

O R D E R

By order entered January 25, 2013 (Docket Entry No. 9), the parties were directed to file a joint status report by February 1, 2013, indicating when private mediation was scheduled, with whom, and at what time it was expected to conclude, so that the Court could schedule a case management conference after the conclusion of the mediation to address the progression of the case and entry of a case management order in the event that the parties were not able to reach a settlement.

The parties have not filed such a status report or otherwise notified the Court of the scheduled mediation.

Therefore, by February 28, 2013, the parties shall file a joint status report, indicating whether the parties have participated in mediation and, if so, whether they were able to reach a settlement and, if not, whether they believe that any potential for settlement remains, and, if the parties have not yet participated in mediation, when private mediation is scheduled, with whom, and at what time it is expected to conclude. In the event that the parties are not able to reach a settlement during mediation, a further case management conference will be scheduled immediately after the conclusion of the mediation to address the progression of the case and entry of a case management order.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge