IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAYFAIR PRESTIGE CARS (UK) LIMITED ) ) ) v. ) ) BRENDAN CHURCH, individually ) and doing business as US Export Auto ) | No. 3-12-1159 |

O R D E R

Based on the parties' joint status report (Docket Entry No. 11), a case management conference is scheduled on **Monday, March 25, 2013, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the progression of the case and entry of a case management order in the event that they are not able to reach a resolution of the case.

If the parties have not completed mediation by that time, they shall call the office of the Magistrate Judge (615-736-5164), and advise when they will be available for a case management conference the afternoon of March 25, 2013.

If the parties have reached a resolution of this case, they may call the Court instead of personally appearing at 1:00 p.m. on March 25, 2013, or when they have completed mediation, to advise the Court when they will file an agreed order or stipulation of dismissal.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge