IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAYFAIR PRESTIGE CARS (UK) )
LIMITED )
) No. 3-12-1159
v. )
)
BRENDAN CHURCH, individually )
and doing business as US Export Auto )

O R D E R

Pursuant to the order entered April 4, 2013 (Docket Entry No. 13), counsel for the parties called the Court on April 11, 2013, at which time they advised that the mediation initially scheduled on March 25, 2013, was rescheduled to begin in the morning on May 1, 2013.

At the conclusion of the mediation on May 1, 2013, counsel shall call the office of the Magistrate Judge to advise whether or not the parties were able to reach a settlement. If they were able to reach a settlement, the parties shall also advise when they will file an agreed order or stipulation of dismissal. If the parties are not able to reach a settlement, counsel shall appear for a case management conference as soon as practical after the completion of mediation, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address appropriate scheduling deadlines to govern the progression of the case and entry of a case management order.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge