IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAYFAIR PRESTIGE CARS (UK) LIMITED ) ) ) | |
| v. ) ) ) | No. 3-12-1159 |
| BRENDAN CHURCH, individually and doing business as US Export Auto ) ) | |

O R D E R

On May 1, 2013, counsel for the defendant called the Court to advise that the parties had reached a settlement during the mediation scheduled on May 1, 2013.

The parties shall file an agreed order of compromise and settlement by May 3, 2013.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order to be filed by May 3, 2013.

Unless otherwise directed by the Court or upon motion of the paries, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge